**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NILOFER NANLAWALA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 21-cv-05624 |
| | ) | |
| CITY OF CHICAGO, | ) | Judge Matthew F. Kennelly |
| a municipal corporation, | ) | Magistrate Judge Sunil R. Harjani |
| | ) | |
| Defendant. | ) | |

## **APPENDIX OF EXIBITS**

1. Plaintiff's First Amended Complaint

2. Hany Shalabi's First Amended Complaint

3. Plaintiff's EEOC Charge