UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Nilofer Nanlawala
                          Plaintiff,

v.                                                    Case No.: 1:21−cv−05624
                                                          Honorable Matthew F. Kennelly

CITY OF CHICAGO
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, June 11, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: The minute entry dated 6/10/2022 [dkt. no. 32] contained scrivener's errors and is corrected to read as follows. Telephonic status hearing held on 6/10/2022. Defendant's response to the plaintiff's motion for leave to file a second amended complaint is due 7/1/2022. Discovery cutoff date is extended to 10/31/2022. This is a final extension for the reasons stated on the record. A telephonic status hearing is set for 7/13/2022 at 9:05 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. By no later than 7/6/2022, the parties are directed to file a detailed joint status report that shall include the following: 1) the status of written discovery; 2) identification of any persons either party intends to depose; and 3) a report on progress in scheduling the depositions. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.