UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Nilofer Nanlawala
                Plaintiff,

v.                                        Case No.: 1:21−cv−05624
                                              Honorable Nancy L. Maldonado

CITY OF CHICAGO
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 30, 2023:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing set for 1/31/2023 is stricken and reset to 3/8/2023 at 9:15 a.m. by telephone. By 3/1/2023 the parties should file a Joint Status Report with an update on discovery and any settlement discussions. The parties should also indicate whether they anticipate expert discovery, including a proposed schedule if so. The Court has reviewed the latest Joint Status Report [68]. Discovery is ongoing. The parties are urged to resolve their disputes, identified in the report, without judicial intervention. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.