# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Nilofer Nanlawala

                    Plaintiff,

v.                                          Case No.: 1:21−cv−05624
                                            Honorable Nancy L. Maldonado

CITY OF CHICAGO

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 24, 2023:

         MINUTE entry before the Honorable Nancy L. Maldonado: Oral argument held on 8/23/2023 by WebEx. For the reasons stated on the record, Plaintiff's opposed motion for leave to file third amended complaint [93] is denied. Because Plaintiff's motion for leave was filed after the deadline for amending the pleadings had passed, the Court may apply "the heightened good−cause standard of Rule 16(b)(4)." Adams v. City of Indianapolis, 742 F.3d 720, 734 (7th Cir. 2014). As discussed on the record, the Court does not find good cause here. In addition, even under the more liberal standard of Fed. R. Civ. P. 15(a)(2), the Court finds undue delay and undue prejudice. See Life Plans, Inc. v. Sec. Life of Denver Ins. Co., 800 F.3d 343, 357−58 (7th Cir. 2015) (citing Foman v. Davis, 371 U.S. 178, 182 (1962)). (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.